UNITED STATES DISTRICT COURT          FILED

SOUTHERN DISTRICT OF CALIFORNIA    12 JUL -2 AM 10: 57

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Magistrate's Case No. **'12MJ2475** |
| ) | |
| vs. ) | COMPLAINT FOR VIOLATION OF |
| ) | 21 U.S.C. 952, 960, and 963 |
| ) | |
| Victor Ivan TIRADO Martinez ) | Conspiracy to Import Marijuana |
| Randy ALCALA ) | |
| Ederman Efren ARMENTA Sandoval ) | |
| Feliciano Francisco VASQUEZ Bedolla ) | |
| Jorge Alberto ALVAREZ Jimenez ) | |

The undersigned complainant being duly sworn states:

## COUNT ONE

That on or about June 29, 2012, within the Southern District of California, defendant Victor Ivan TIRADO Martinez, Randy ALCALA, Ederman Efren ARMENTA Sandoval, Feliciano Francisco VASQUEZ Bedolla, and Jorge Alberto ALVAREZ Jimenez did knowingly and intentionally conspire together and with each other to import approximately 3390.30 kilograms (7472.22 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960, and 963.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SA _____
Signature of Complainant
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence, this **2nd** day of **July**, 2012.

_____
United States Magistrate Judge

United States of America
        VS.
Victor Ivan TIRADO Martinez
Randy ALCALA
Ederman Efren ARMENTA Sandoval
Feliciano Francisco VASQUEZ Bedolla
Jorge Alberto ALVAREZ Jimenez

## PROBABLE CAUSE STATEMENT

I, Jayce Politoski (HSI Special Agent), declare under penalty of perjury the following is true and correct:

On June 29, 2012, a 1997 freight tractor, bearing California (CA) license plate 9D61838, entered the United States through the Otay Mesa Commercial Port of Entry (POE) loaded with 3390.30 kilograms (7472.22 pounds) of marijuana concealed in a shipment of razor blades. The razor blades were in marked boxes, while the marijuana was concealed in un- marked boxes. The boxes were concealed in a 1992 Dorse Cargo trailer, bearing CA license plates 4GL5511.

The driver of the tractor, bearing CA license plate 9D61838 presented himself for inspection to U.S. Customs and Border Protection (CBP) Primary Officer M. Barllesteros who was working primary inspection gate 8 at the Otay Mesa Cargo Facility. The driver of the tractor, bearing CA license plate 9D61838 presented an entry manifesting a shipment of razor blades. CBP Officer K. Dignan conducted a scan of the trailer, bearing CA license plate 4GL5511 at the Intensive Dock at the Otay Mesa Commercial POE, which showed an anomaly in the front end of the trailer. CBP Officer Meza utilized his narcotics detector dog to scan the trailer for the presence of narcotic odor to which he received an alert to the trailer by his K-9,

"Basco" (CI-80). K-9 "Basco" alerted to the boxes closest to the front wall of the trailer. CBP Officer J. Louis field tested a package, which yielded for the properties of marijuana.

Homeland Security Investigations (HSI) San Ysidro Special Agents (SA) and Customs and Border Protection (CBP) Officers followed the trailer, bearing CA license plate 4GL5511, to a warehouse located at 2195 Britannia Boulevard, San Diego, California. 92154. HSI SA's and CBP Officer's entered the warehouse where TIRADO, ALCALA, ARMENTA, VASQUEZ, and ALVAREZ were encountered and arrested. The trailer, bearing CA license plate 4GL5511, was already being unloaded into the warehouse when HSI SA's and CBP Officer's encountered the aforementioned individuals.

Post-Miranda TIRADO stated that he would be paid one hundred (100) U.S. Dollars to unload the shipment of razor blades and marijuana from the trailer, bearing CA license plate 4GL5511.

Post-Miranda ALVAREZ stated that he was going to be paid two hundred (200) U.S. Dollars to unload the shipment of razor blades and marijuana from the trailer, bearing CA license plate 4GL5511.

TIRADO, ALCALA, ARMENTA, VASQUEZ, and ALVAREZ were arrested and charged with violation of Title 21 USC 952, 960, and 963, Conspiracy to Import Marijuana, and will be booked into the Metropolitan Correctional Center located in San Diego, California.

Executed on __06/29/2012_____ (date) at ___9:30 p.m.___ (time).

_Jayce Pritoski_

Jayce Pritoski Special Agent, Homeland Security Investigations

On the basis of the facts presented in the probable cause statement consisting of 3 pages, I find probable cause to believe that the defendant(s) named in this probable cause statement committed the offense on _____ in violation of Title __21__, United States Code, Section(s) __952, 960, 963__

_W Mcurine Jr._

**United States Magistrate Judge**          _7/2/12, 1028hrs_
                                             **Date/Time**



# Defendant Locator Form

**(Staple behind the Magistrate Information Sheet in front of Criminal History Info)**
**(Revised: 8/13/04)**

## ICE – SAN YSIDRO (619) 671-4500

Name of Defendant    Victor Ivan TIRADO Martinez    DOB    05/11/1992

Arresting Agent/Agency  Jayce Politoski  / HSI          Charge  21USC 963 /952/960

## MCC Information  (619) 232-4311, Ext. 430 (MCC Records)

Arrival Date:   June 30, 2012          Time         8:00 a.m.

Booking Number: _____

Transport Officer:        _____

Receiving Official at MCC: _____

## Juvenile Hall Information  (858) 694-4505 or Booking (858) 694-4766

Arrival Date at Juvenile Hall: _____   Time _____

Juvenile Hall Booking Number: _____

Transport Officer: _____

Receiving Official at Juvenile Hall: _____

## Hospitalized Defendants

Name of Medical Center/Detox Unit: _____

Phone Number of Medical Center/Detox Unit: _____

Name of Person Receiving Defendant There: _____

Date of Hospitalization: _____ _____Time: _____

Reason for Hospitalization: _____

Room Number: _____

Phone Number at Nurses' Station: _____



# Defendant Locator Form
**(Staple behind the Magistrate Information Sheet in front of Criminal History Info)**
**(Revised: 8/13/04)**

## ICE – SAN YSIDRO (619) 671-4500

Name of Defendant   <u>Randy ALCALA</u>   DOB   <u>07/30/1986</u>

Arresting Agent/Agency <u>Jayce Politoski / HSI</u>   Charge  <u>21USC 963 /952/960</u>

## MCC Information  (619) 232-4311, Ext. 430 (MCC Records)

Arrival Date: <u>June 30, 2012</u>   Time   <u>8:00 a.m.</u>

Booking Number: _____

Transport Officer:   _____

Receiving Official at MCC: _____

## Juvenile Hall Information  (858) 694-4505 or Booking (858) 694-4766

Arrival Date at Juvenile Hall: _____ Time _____

Juvenile Hall Booking Number: _____

Transport Officer: _____

Receiving Official at Juvenile Hall: _____

## Hospitalized Defendants

Name of Medical Center/Detox Unit: _____

Phone Number of Medical Center/Detox Unit: _____

Name of Person Receiving Defendant There: _____

Date of Hospitalization: _____Time: _____

Reason for Hospitalization: _____

Room Number: _____

Phone Number at Nurses' Station: _____



# Defendant Locator Form

**(Staple behind the Magistrate Information Sheet in front of Criminal History Info)**
**(Revised: 8/13/04)**

## ICE – SAN YSIDRO (619) 671-4500

Name of Defendant   Ederman Efren ARMENTA Sandoval   DOB   07/27/1982

Arresting Agent/Agency   Jayce Politoski  / HSI         Charge   21USC. 963  i/952/960

## MCC Information  (619) 232-4311, Ext. 430 (MCC Records)

Arrival Date:  June 30, 2012      Time      8:00 a.m.

Booking Number: _____

Transport Officer:   _____ _____

Receiving Official at MCC: _____

## Juvenile Hall Information  (858) 694-4505 or Booking (858) 694-4766

Arrival Date at Juvenile Hall: _____ Time _____

Juvenile Hall Booking Number: _____

Transport Officer: _____

Receiving Official at Juvenile Hall: _____

## Hospitalized Defendants

Name of Medical Center/Detox Unit: _____

Phone Number of Medical Center/Detox Unit: _____

Name of Person Receiving Defendant There: _____

Date of Hospitalization: _____Time: _____

Reason for Hospitalization: _____

Room Number: _____

Phone Number at Nurses' Station: _____



# Defendant Locator Form

**(Staple behind the Magistrate Information Sheet in front of Criminal History Info)**
**(Revised: 8/13/04)**

## ICE – SAN YSIDRO (619) 671-4500

Name of Defendant    Feliciano Francisco VAZQUEZ Bedolla    DOB    06/09/1965

Arresting Agent/Agency   Jayce Politoski  / HSI            Charge   21USC 963    /952/960

## MCC Information  (619) 232-4311, Ext. 430 (MCC Records)

Arrival Date:   June 30, 2012            Time        8:00 a.m.

Booking Number: _____

Transport Officer:     _____

Receiving Official at MCC: _____

## Juvenile Hall Information  (858) 694-4505 or Booking (858) 694-4766

Arrival Date at Juvenile Hall: _____ Time _____

Juvenile Hall Booking Number: _____

Transport Officer: _____

Receiving Official at Juvenile Hall: _____

## Hospitalized Defendants

Name of Medical Center/Detox Unit: _____

Phone Number of Medical Center/Detox Unit: _____

Name of Person Receiving Defendant There: _____

Date of Hospitalization: _____Time: _____

Reason for Hospitalization: _____

Room Number: _____

Phone Number at Nurses' Station: _____



# Defendant Locator Form

**(Staple behind the Magistrate Information Sheet in front of Criminal History Info)**
**(Revised: 8/13/04)**

## ICE – SAN YSIDRO (619) 671-4500

Name of Defendant   Jorge Alberto ALVAREZ Jimenez   DOB   06/23/1983

Arresting Agent/Agency   Jayce Politoski  / HSI   Charge   21USC 963 i/952/960

## MCC Information  (619) 232-4311, Ext. 430 (MCC Records)

Arrival Date:   June 30, 2012   Time   8:00 a.m.

Booking Number: _____

Transport Officer:   _____

Receiving Official at MCC: _____

## Juvenile Hall Information  (858) 694-4505 or Booking (858) 694-4766

Arrival Date at Juvenile Hall: _____ Time _____

Juvenile Hall Booking Number: _____

Transport Officer: _____

Receiving Official at Juvenile Hall: _____

## Hospitalized Defendants

Name of Medical Center/Detox Unit: _____

Phone Number of Medical Center/Detox Unit: _____

Name of Person Receiving Defendant There: _____

Date of Hospitalization: _____Time: _____

Reason for Hospitalization: _____

Room Number: _____

Phone Number at Nurses' Station: _____